## BERNHEIMER et al. v. PRINCE.

(City Court of New York, General Term. May 26, 1899.)

CHATTEL MORTGAGES—PROPERTY INCLUDED BY MISTAKE—RIGHTS OF ASSIGNEE.
  Where certain chattels were included in a mortgage by mistake, and
  subsequently released by an agreement between the mortgagor and mort-
  gagee, a subsequent assignee of the mortgage, who took it with knowledge
  of the agreement releasing the chattels, has no lien on them.

Appeal from trial term.

Action by Simon A. Bernheimer and another against Adolf Prince.
There was a judgment for plaintiffs, and defendant appeals. Af-
firmed.

Argued before FITZSIMONS, C. J., and O'DWYER and SCHUCH-
MAN, JJ.

Myers, Goldsmith & Bronner, for appellant.
Rose & Putzel for respondents.

FITZSIMONS, C. J. The evidence clearly shows that the defend-
ant, prior to the assignment of the chattel mortgage in question, had
both actual and constructive knowledge of the fact that, by inadvert-
ence, the chattels replevied herein were included in said mortgage,
and that, by an agreement made subsequently to the execution and
delivery of said mortgage, it was agreed in writing, between the mort-
gagor and mortgagee, that such was the fact, and accordingly that the
said chattels should not be included in said mortgage. Such written
agreement was duly filed; thus constructive notice of the facts there-
in recited was given defendant. Actual notice was also given him
of said mistake. Thus it appears that, prior to the assignment to the
defendant, he had full knowledge of the fact that his assignor had no
right or title to the replevied goods, and that they were not covered
by the mortgage. How, then, can he have an interest in them? The
jury, in deciding against him, were compelled to do so by force of the
evidence submitted to them.

Judgment affirmed, with costs. All concur.